UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>                Plaintiff,<br><br>      v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>                Defendant. | Civil Action No. 24-1101 (MJS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please substitute the appearance of Stephen DeGenaro with the appearance of Erika Oblea, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: June 2, 2025

                                                            Respectfully Submitted,

                                                            */s/ Erika Oblea*
                                                            ERIKA OBLEA
                                                           Assistant United States Attorney
                                                            D.C. Bar #1034393
                                                           601 D Street, N.W., 7th Floor
                                                           Washington, D.C. 20530
                                                           Tel: (202) 252-2567
                                                           Email: Erika.Oblea@usdoj.gov

                                                           *Counsel for the Defendant*