UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 24-1101 (MJS) |

**JOINT STATUS REPORT**

Defendant, United States Immigration and Customs Enforcement, by and through undersigned counsel, respectfully submits this Status Report. Plaintiff alleges that Defendant has failed to respond to its FOIA request seeking policies regarding the publication of names in ICE press releases and news statements. Plaintiff filed this suit on April 18, 2024, and Defendants answered on June 28, 2024. ECF No. 11. The parties report the following:

As previously reported, Plaintiff has informed Defendant that it is satisfied with the merits of Defendant's FOIA response and the only issue to be resolved is the issue of attorneys' fees. The parties expect to meet and confer regarding Plaintiff's anticipated fee demand and Plaintiff's request for a discretionary release of some withheld information. In this light, the parties propose filing another Joint Status Report to report on the status of the parties' discussions on or before August 11, 2025.

- 2 -

Dated: June 11, 2025
      Washington, DC

|  |  |
|---|---|
| _/s/ David Jaroslav_ | Respectfully submitted, |
| DAVID LEON JAROSLAV | |
| DC Bar #90021286 | JEANINE FERRIS PIRRO |
| Immigration Reform Law Institute | United States Attorney |
| 25 Massachusetts Ave., N.W. Suite 335 | |
| Washington, D.C. 20001 | _By: /s/ Erika Oblea_ |
| Tel:  571-236-8146 | ERIKA OBLEA, D.C. Bar #1034393 |
| Mobrien@irli.org | Assistant United States Attorney |
| Djaroslav@irli.org | United States Attorney's Office |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 252-2567 |
| _Attorneys for the Plaintiff_ | Email: Erika.Oblea@usdoj.gov |
| | |
| | _Attorneys for the United States of America_ |

- 2 -