UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>             Defendant. | Civil Action No. 24-1101 (MJS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: January 27, 2026
       Washington, DC

| | |
|---|---|
| */s/ Matthew J. O'Brien*<br>MATTHEW J. O'BRIEN<br>DC Bar #90012700<br>DAVID LEON JAROSLAV<br>DC Bar #90021286<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., N.W. Suite 335<br>Washington, D.C. 20001<br>Tel: 571-236-8146<br>mobrien@fairus.org<br>djaorslav@fairus.org<br><br>*Attorneys for the Plaintiff* | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: */s/ Erika Oblea*<br>ERIKA OBLEA, D.C. Bar #1034393<br>Assistant United States Attorney<br>United States Attorney's Office<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2567<br>Email: Erika.Oblea@usdoj.gov<br><br>*Attorneys for the United States of America* |